IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT M. MARTINEZ, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 16-1290 |
| : | |
| v. : | |
| : | |
| CITY OF READING PROPERTY : | |
| MAINTENANCE DIVISION, READING : | |
| AREA WATER AUTHORITY, : | |
| : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 29th day of September, 2017, after considering the motions for summary judgment separately filed by the defendants, City of Reading Property Maintenance Division and Reading Area Water Authority (Doc. Nos. 22, 25); and after considering the defendants' statements of undisputed material facts, supporting briefs, and attached exhibits (Doc. Nos. 22, 23, 25, 26); and after considering the response to the motions for summary judgment and the exhibits attached thereto filed by the *pro se* plaintiff, Gilbert M. Martinez; and after hearing oral argument from the parties on April 25, 2017; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment filed by the defendant, Reading Area Water Authority (Doc. No. 22), is **GRANTED** and judgment is entered in favor of the defendant, Reading Area Water Authority, and against the plaintiff, Gilbert M. Martinez;

2. The motion for summary judgment filed by the defendant, City of Reading Property Maintenance Division (Doc. No. 25), is **GRANTED** and judgment is entered in favor of the defendant, City of Reading Property Maintenance Division, and against the plaintiff, Gilbert M. Martinez;

3. The motions *in limine* filed by the parties (Doc. Nos. 33, 34, 35, 36, 37) are **DENIED AS MOOT**; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.