IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GILBERT M. MARTINEZ, :
:
        Plaintiff, : CIVIL ACTION NO. 16-1290
:
v. :
:
CITY OF READING PROPERTY :
MAINTENANCE DIVISION, and :
READING AREA WATER AUTHORITY, :
:
        Defendants. :

## ORDER

**AND NOW**, this 13th day of March, 2018, after considering the following documents: (1) the "Motion to Reopen the Time to Appeal Pursuant to Rule 4(A)6 & Memorandum of Law in Support" ("Motion to Reopen") filed by the *pro se* plaintiff, Gilbert M. Martinez (Doc. No. 56); (2) the responses in opposition to the motion to reopen separately filed by the defendants, City of Reading Property Maintenance Division and Reading Area Water Authority (Doc. Nos. 57, 58); (3) the "Reply and Affidavit in Support of Motion to Reopen Time to Appeal" filed by the plaintiff (Doc. No. 60); (4) the sur-reply in opposition to the motion to reopen filed by the City of Reading Property Maintenance Division (Doc. No. 61); (5) the "Motion Pursuant Fed.R.P.R. [sic] 60B(1)(3)(4)(6) and Sur-Reply to Motion Pursuant to Fed.C.Appeal R. [sic] 4(6)(A) for Time to Reopen Appeal with Memorandum of Law in Support" filed by the plaintiff (Doc. No. 63); (6) Reading Area Water Authority's "Brief in Opposition to Plaintiff's Motion Pursuant to F.R.C.P. 60(b)(1)(3)(4)(6) and Sur-Reply to Motion Pursuant to F.R.A.P. 4(a)(6) for Time to Reopen Appeal" (Doc. No. 65); and (7) the "Reply to Defendants response brief opposing Plaintiff's 60(b) Motion and Request for time to reopen Appeal" filed by the plaintiff (Doc. No. 66); and after holding an evidentiary hearing and hearing oral argument on the motion

to reopen on January 9, 2018, during which the plaintiff and defense counsel were present; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion to reopen (Doc. No. 56) is **DENIED** as follows:

1. The Motion to Reopen, to the extent that the plaintiff seeks to have the court reopen the time for him to file a notice of appeal from the court's September 29, 2017 order under Rule 4(a)(6) of the Federal Rules of Appellate Procedure, is **DENIED**; and

2. The Motion to Reopen, to the extent that the plaintiff seek to have the court reopen the time for him to file a notice of appeal from the court's November 3, 2017 order, which the court has interpreted as a motion seeking an extension of time to appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure, is **DENIED AS MOOT**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.